**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ALVIN WATTS, III

VERSUS

WEST BATON ROUGE PARISH
DETENTION CENTER

CIVIL ACTION

20-196-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated November 16, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction, and this action is hereby dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

*Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on December 14th, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.
[3] Rec. Docs. 14.